```
 1  GARTH W. AUBERT – SBN 162877
    COURTNEY M. POEL – SBN 246299
 2  MENDES & MOUNT, LLP
    445 S. Figueroa Street, 38th Floor
 3  Los Angeles, CA 90071-1601
    Tel.: (213) 955-7700/ Fax: (213) 955-7725
 4  Email: Garth.Aubert@mendes.com
    Email: Courtney.Poel@mendes.com
 5
    Attorneys for Defendant
 6  PRATT & WHITNEY CANADA CORP.
```

**FILED**
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FAXED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 08 3795  JL

| | |
|---|---|
| LORI REZABEK-KELLS, individually, as Successor-in-Interest, as Personal Representative of the Estates of PAUL KELLS and CONNOR KELLS, deceased, and as GUARDIAN AD LITEM for MARGARET KELLS and LAUREN KELLS, minors, <br><br> DONALD RUETZ, individually, as Successor-in-Interest, and as Personal Representative of the Estates of CYNTHIA RUETZ, RAYMOND RUETZ, and TYLER RUETZ, deceased, VANESSA GERMANI, DANIEL NELSON and DONALD NELSON, individually and as Successors-in-Interest of the Estate of CYNTHIA RUETZ, <br><br>                     Plaintiffs, <br><br> vs. <br><br> PILATUS AIRCRAFT, LTD., PILATUS BUSINESS AIRCRAFT, LTD., PRATT & WHITNEY CANADA CORP., GG AIRCARAFT LLC, DOES 1-25, <br><br>                     Defendants. | Case No. TBD <br><br> **PRATT & WHITNEY CANADA CORPORATION'S NOTICE OF INTERESTED PARTIES** <br><br> (Civil L.R. 3-16) |

DEFENDANT'S NOTICE OF
INTERESTED PARTIES

- 1 -

524709.1 interestpty.ntc

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2 | persons, associations of persons, firms, partnerships, corporations (including parent
3 | corporations) or other entities (i) have a financial interest in the subject matter or
4 | controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5 | subject matter or in a party that could be substantially affected by the outcome of this
6 | proceeding:

    1.    Pratt & Whitney Canada Corporation;

    2.    United Technologies Corporation (parent corporation of defendant Pratt & Whitney Canada Corp.); and

    3.    Certain Underwriters at Lloyds London and London Market based aviation insurers.

DATED: August 7, 2008

MENDES & MOUNT, LLP

By: _____
Garth W. Aubert
Attorneys for Defendant
PRATT & WHITNEY CANADA CORP.

## PROOF OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA ) | Kells v. Pilatus Aircraft, Ltd. |
| ) ss. | SFSC Case No. CG-07-465132 |
| COUNTY OF LOS ANGELES ) | Our File No. 390,583 |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 S. Figueroa Street, Suite 3800, Los Angeles, California 90071.

On **August 8, 2008**, I served the document described as **PRATT & WHITNEY CANADA CORPORATION'S NOTICE OF INTERESTED PARTIES** on the interested parties in this action, as follows:

### SEE ATTACHED SERVICE LIST

**X** **(By U.S. Mail)** By placing ____ the original / **X** a true copy thereof enclosed in a sealed envelope, with postage fully paid, addressed as per the attached service list, for collection and mailing at Mendes & Mount in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

____ **(By Facsimile)** I transmitted from a facsimile transmission machine whose telephone number is (213) 955-7725 the above-entitled document to the parties listed on the attached Service List and whose facsimile transmission machine telephone number is indicated. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

____ **(By FedEx)** I placed the above-entitled document in a FedEx (Overnight) envelope/pouch as addressed and indicated on the attached service list, with delivery fees paid or provided for and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf.

**X** **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 8, 2008**, at Los Angeles, California.

_____
Lidia Gamez

524672.1 -POS.Federal

## SERVICE LIST

| | | |
|---|---|---|
| **VIA U.S. Mail**<br>Attorneys for Plaintiff<br>Stuart R. Fraenkel<br>Kreindler & Kreindler<br>707 Wilshire Blvd., Ste. 4100<br>Los Angeles, CA 90017<br>213-622-6469 / 213-622-6019 (Fx) | **Via U.S. Mail**<br>Jonathan S. Morse<br>The Morse Law Group<br>2800 28th Street, Ste. 130<br>Santa Monica, CA 90405-6213<br>310-396-0700 / 310-396-0900 (Fx) | **Via U.S. Mail**<br>Noah Kushlefsky<br>Brian J. Alexander<br>Kreindler & Kreindler, LLP<br>100 Park avenue<br>New York, NY 10017<br>212-687-8181<br>212-972-9432 |

524672.1 -POS.Federal