1  GARTH W. AUBERT – SBN 162877
   COURTNEY M. POEL – SBN 246299
2  MENDES & MOUNT, LLP
   445 S. Figueroa Street, 38th Floor
3  Los Angeles, CA 90071-1601
   Tel.: (213) 955-7700/ Fax: (213) 955-7725
4  Email: Garth.Aubert@mendes.com
   Email: Courtney.Poel@mendes.com
5
   Attorneys for Defendant
6  PRATT & WHITNEY CANADA CORP.

E-filing



FAXED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI REZABEK-KELLS, individually, as Successor-in-Interest, as Personal Representative of the Estates of PAUL KELLS and CONNOR KELLS, deceased, and as GUARDIAN AD LITEM for MARGARET KELLS and LAUREN KELLS, minors, <br><br>DONALD RUETZ, individually, as Successor-in-Interest, and as Personal Representative of the Estates of CYNTHIA RUETZ, RAYMOND RUETZ, and TYLER RUETZ, deceased, VANESSA GERMANI, DANIEL NELSON and DONALD NELSON, individually and as Successors-in-Interest of the Estate of CYNTHIA RUETZ, <br><br>        Plaintiffs, <br><br>vs. <br><br>PILATUS AIRCRAFT, LTD., PILATUS BUSINESS AIRCRAFT, LTD., PRATT & WHITNEY CANADA CORP., GG AIRCARAFT LLC, DOES 1-25, <br><br>        Defendants. | CASE NO. CV-08 3795 <br><br>[Removal from Superior Court of California for the County of San Francisco, Case No. CGC-07-465132] <br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** <br><br>[Pursuant to Northern District Local Rule 3-13] |

Notice of Pendency of Other Action or Proceeding

- 1 -

TO THE CLERK OF THE NORTHERN DISTRICT COURT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR COUNSEL:

PLEASE TAKE NOTICE that the instant action, removed to this Court by the concurrently filed Notice of Removal, involves a material part of the same subject matter and substantially all of the same parties as a pending action in the United States District Court for the Northern District of California, Case No. C-07-4902-MEJ (George Gund III, et al. v. Pilatus Aircraft, LTD., et al.) (hereinafter, "Gund v. Pilatus"), filed July 13, 2007.

The instant case is closely related to the Gund v. Pilatus action because it arises from the same incident, a July 16, 2007 aircraft accident involving a Pilatus PC-6 aircraft, serial no. 908, and FAA Registration No. N908PL, near Playa Flamingo, Costa Rica. The two cases have been filed by the successors-in-interest and heirs of the deceased passengers and pilot on the flight. Additionally, the same three central defendants were initially named within each case, and removing party P&WC remains a defendant in both cases.

As such, the two cases will involve substantially the same evidence, witnesses, and legal issues. Thus, the two cases should be coordinated to avoid potential conflicts, to conserve judicial resources and to promote the efficient determination of the action.

DATED: August 7, 2008

MENDES & MOUNT, LLP

By: _____
Garth W. Aulbert
Attorneys for Defendant
**PRATT & WHITNEY CANADA CORP.**

Notice of Pendency of Other Action or Proceeding

- 2 -

## PROOF OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA ) | Kells v. Pilatus Aircraft, Ltd. |
| ) ss. | SFSC Case No. CG-07-465132 |
| COUNTY OF LOS ANGELES ) | Our File No. 390,583 |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 S. Figueroa Street, Suite 3800, Los Angeles, California 90071.

On **August 7, 2008**, I served the document described as **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** on the interested parties in this action, as follows:

**SEE ATTACHED SERVICE LIST**

**X**  **(By U.S. Mail)** By placing ____ the original / **X** a true copy thereof enclosed in a sealed envelope, with postage fully paid, addressed as per the attached service list, for collection and mailing at Mendes & Mount in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

____ **(By Facsimile)** I transmitted from a facsimile transmission machine whose telephone number is (213) 955-7725 the above-entitled document to the parties listed on the attached Service List and whose facsimile transmission machine telephone number is indicated. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

____ **(By FedEx)** I placed the above-entitled document in a FedEx (Overnight) envelope/pouch as addressed and indicated on the attached service list, with delivery fees paid or provided for and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf.

**X**  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 7, 2008**, at Los Angeles, California.

_/s/ Lissette M. Fernandez_

102611.2 _POS(Kells State Court)

## SERVICE LIST

| | | |
|---|---|---|
| **VIA U.S. Mail**<br>Attorneys for Plaintiff<br>Stuart R. Fraenkel<br>Kreindler & Kreindler<br>707 Wilshire Blvd., Ste. 4100<br>Los Angeles, CA 90017<br>213-622-6469 / 213-622-6019 (Fx) | **Via U.S. Mail**<br>Jonathan S. Morse<br>The Morse Law Group<br>2800 28th Street, Ste. 130<br>Santa Monica, CA 90405-6213<br>310-396-0700 / 310-396-0900 (Fx) | **Via U.S. Mail**<br>Noah Kushlefsky<br>Brian J. Alexander<br>Kreindler & Kreindler, LLP<br>100 Park avenue<br>New York, NY 10017<br>212-687-8181<br>212-972-9432 |

102611.2 _POS(Kells State Court)