1  Stuart R. Fraenkel (173991)
2  **Kreindler & Kreindler LLP**
   707 Wilshire Boulevard, Suite 4100
3  Los Angeles, California 90017
   Telephone (213) 622-6469
4  Facsimile: (213) 622-6019
   sfraenkel@kreindler.com
5

6
   *Attorneys for Plaintiffs*
7

8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11 | LORI REZABEK-KELLS, individually, as         ) | Case No. 3:08-CV-03795-JL
   | Successor in Interest, as Personal           )
12 | Representative of the Estates of PAUL        )
   | KELLS and CONNOR KELLS,                      ) | **REQUEST FOR REASSIGNMENT**
13 | deceased, and as GUARDIAN AD                 )
   | LITEM for MARGARET KELLS and                 )
14 | LAUREN KELLS, minors,                        )
                                                  )
15 | DONALD RUETZ, individually, as               )
   | Successor in Interest, and as Personal       )
16 | Representative of the Estates of             )
   | CYNTHIA RUETZ, RAYMOND RUETZ,                )
17 | and TYLER RUETZ, deceased,                   )
   | VANESSA GERMANI, DANIEL                      )
18 | NELSON and DONALD NELSON,                    )
   | individually and as Successors in            )
19 | Interest of the Estate of CYNTHIA            )
   | RUETZ,                                       )
20 |                    Plaintiffs,               )
                                                  )
21 |          vs.                                 )
                                                  )
22 | PILATUS AIRCRAFT, LTD., PILATUS              )
   | BUSINESS AIRCRAFT, LTD., PRATT               )
23 | & WHITNEY CANADA CORP., GG                   )
   | AIRCRAFT LLC, DOES 1-25,                     )
24 |                                              )
   |                    Defendants.               )
25 | _____)

26

27 | / / /

28 | / / /

- 1 -

224549.1

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR
2  TRIAL AND DISPOSITION
3      The undersigned party hereby declines to consent to the assignment of this case
4  to a United States Magistrate Judge for trial and disposition and hereby requests the
5  reassignment of this case to a United States District Judge.

7  Dated: August 21, 2008

8                                  KREINDLER & KREINDLER LLP

10             By:   /s/ Stuart R. Fraenkel
                            STUART R. FRAENKEL
11                             Attorney for Plaintiffs

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
                        )
**COUNTY OF LOS ANGELES** )

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 4100, Los Angeles, California 90017.

On August 21, 2008, the foregoing document described as follows:

**REQUEST FOR REASSIGNMENT**

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served (as indicated on the attached Service List) via electronic and U.S. mail, in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2008, at Los Angeles, California.

| Patricia A. Mosney | /s/ Patricia A. Mosney |
|---|---|
| Type Name | Signature |

2

224559.1

PROOF OF SERVICE

## SERVICE LIST
### Kells v. Pilatus Aircraft, LTD., et al..
### Case No. 3:08-CV-03795-JL

*The following parties will receive the above-listed documents via electronic mail*

| | |
|---|---|
| Mr. Garth W. Aubert<br>**MENDES & MOUNT LLP**<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90071-1601<br>Telephone: (213) 955-7700<br>Facsimile: (213) 955-7725<br>Email: garth.aubert@mendes.com | *Attorneys for Defendant, Pratt & Whitney Canada Corp.* |
| Noah Kushlefsky<br>**KREINDLER & KREINDLER LLP**<br>100 Park Avenue<br>New York, NY 10017<br>Telephone: (212) 687-8181<br>Facsimile: (212) 972-9432<br>Email: nkushlefsky@kreindler.com | *Attorneys for Plaintiffs, Lori Kells, individually and as guardian ad litem for Margaret and Lauren Kells, minors, Donald Ruetz, Vanessa Germani, Daniel Nelson and Donald Nelson* |

*The following parties will receive the above-listed documents via U.S. mail, as they are not registered for the ECF delivery system*

| | |
|---|---|
| Elizabeth L. Crooke<br>**ENGSTROM, LIPSCOMB & LACK**<br>10100 Santa Monica Boulevard, 16th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 522-3800<br>Facsimile: (310) 552-9434<br>Email: bcrooke@elllaw.com | *Attorney for Gund Plaintiffs* |