UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI REZABEK-KELLS

       Plaintiff(s),                              No. 08-03795 JL

    v.                                       NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

PILATUS AIRCRAFT LTD

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for November 12, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: August 22, 2008

                                                     Richard W. Wieking, Clerk
                                                     United States District Court

                                                   _____
                                                   By: Wings Hom, Deputy Clerk